October 25, 2024

To the Clerk of Courts,

I am requesting payment of unclaimed funds.

Case info:
13-18185-AMC13
Patricia M. Halsey
Amount: $4680.00/Check#2396739

Thank-you.

Patricia M. Halsey



FILED
OCT 25 2024
TIMOTHY McGRATH, CLERK