







AO 213P (Rev. 2/24)

# REQUEST FOR PAYEE INFORMATION AND TIN CERTIFICATION

Refer to the instructions page for further information on completing this form. Vendors providing goods and services must use the AO 213 form.
*Note: Typed forms and forms that include a populated Type of Payee may result in more efficient and precise processing.* **For handwritten forms, please see the General Instructions for the list of options for the Type of Payee, Refund recipient only. Is the refund over $200?, and Part 4 - U.S. Tax Classification, and Part 6 - Account Type drop down menus.*

**Type of Payee:** _____    **Refund recipient only. Is the refund over $200?** yes

### Part 1 Payee Information
Line 1. Payee Name: Patricia M. Halsey
Line 2. Additional payee information: *(if applicable)*

### Part 2 Business Name *(if different from above)*
Patricia (M) Halsey - same

### Part 3 Enter *only one* TIN in the appropriate box. The TIN provided must match the name given in Part 1, Line 1.
EIN: ___-_____    *or*    SSN: 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

### Part 4 **Select the appropriate U.S. tax classification for person or entity listed in Part 1, Line 1.

### Part 5 Mailing Address *(where payments, orders, and IRS 1099 forms, as applicable, will be sent)*
Street Address: 3 Bryan Avenue
City: Malvern, PA 19355    State: PA    Zip code: 19355

Point of Contact *(if different from above)*:
Name: _____    Phone #: 610 647-7520
Email: _____

### Part 6 Electronic Funds Transfer (EFT) Information
Owner(s) name appearing on bank account: _____
Bank Name: _____
Select an Account Type: _____    Routing # (9 digits): _____
Account number *(do not include check number)*

### Part 7 Additional Payees' Signatures
*(if applicable for EFT payments)*
By signing as a joint payee, you are authorizing the Judiciary to make a payment on your behalf to the bank account entered in Part 6.
Joint Payee(s) Signature(s): _____

### Part 8 Certification of Account Holder
Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number; and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest and dividends, or IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined in the instructions).

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Payee Signature: *Patricia M. Halsey*    Date: 10/25/24

*Sensitive information must be securely maintained and only visible to designated staff.*