*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Patricia M. Halsey
    Debtor(s)

Case No: 13−18185−amc

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Pro se Motion for Return of Unclaimed Funds in the Amount of: 4680.00 Filed by Patricia M. Halsey

Please call 1−646−828−7666 and enter Meeting ID 160 6807 8081 to attend.

on: 2/4/25

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  1/8/25

Timothy B. McGrath
Clerk of Court

35 − 33
Form 167