United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 13-18185-amc |
| Patricia M. Halsey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 08, 2025 | Form ID: 167 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

**Recip ID          Recipient Name and Address**
db              + Patricia M. Halsey, 3 Bryan Avenue, Malvern, PA 19355-3007

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2025 at the address(es) listed below:

**Name**                          **Email Address**

ANDREW F GORNALL
                                  on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Bank of America National Association as Trustee as successor by merger to LaSalle Bank National Association as Trustee for certifi agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

RYAN M PADDICK
                                  on behalf of Debtor Patricia M. Halsey rpaddick@paddicklaw.com

United States Trustee
                                  USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                                  ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Patricia M. Halsey
    Debtor(s)

Case No: 13−18185−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Pro se Motion for Return of Unclaimed Funds in the Amount of: 4680.00 Filed by Patricia M. Halsey

Please call 1−646−828−7666 and enter Meeting ID 160 6807 8081 to attend.

    on: 2/4/25

    at: 11:00 AM

    in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  1/8/25

Timothy B. McGrath
Clerk of Court

35 − 33
Form 167