**IN THE UNITED STATES BANKRUPTCY**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE:    PATRICIA M. HALSEY,        :    Bk. No.: 13-18185 AMC

            Debtor,         :

                         :

                        **ORDER**

           AND NOW, this  6th  day of  Feb.,  2025,

Upon review of Debtor's Motion for Return of Property and any response thereto, it is hereby

ORDERED and DECREED that said Motion is Granted.  The Clerk of Court is hereby Ordered to

return Debtor's funds, $4,680.00 to Patricia M. Halsey at 3 Bryan Avenue  Malvern, PA 19355

upon receipt  of this order.

_____

Ashely M. Chan
Chief U.S. Bankruptcy Judge