United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 13-18185-amc |
| Patricia M. Halsey | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 07, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patricia M. Halsey, 3 Bryan Avenue, Malvern, PA 19355-3007 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Bank of America National Association as Trustee as successor by merger to LaSalle Bank National Association as Trustee for certifi agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| RYAN M PADDICK | on behalf of Debtor Patricia M. Halsey rpaddick@paddicklaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:   PATRICIA M. HALSEY,         :   Bk. No.: 13-18185 AMC
          Debtor,                 :
                                  :

**ORDER**

AND NOW, this 6th day of Feb., 2025,

Upon review of Debtor's Motion for Return of Property and any response thereto, it is hereby ORDERED and DECREED that said Motion is Granted. The Clerk of Court is hereby Ordered to return Debtor's funds, $4,680.00 to Patricia M. Halsey at 3 Bryan Avenue Malvern, PA 19355 upon receipt of this order.

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge